UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

GERMAINE MARIE LONGENBACH  CASE NO. 20-10803
1103 LAWSONVILLE AVENUE  JUDGE BENJAMIN A. KAHN
REIDSVILLE, NC  27320

DEBTOR

SSN(1) XXX-XX-7686  DATE: 05/20/2021

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID:  137686<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT:  .00%<br>NAME ID:  123770<br>CLAIM #:  0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:  7686<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT:  .00%<br>NAME ID:  9699<br>CLAIM #:  0002 | (P) PRIORITY<br>NOT FILED<br>ACCT:  7686<br>COMMENT: |
| NATIONAL FINANCE COMPANY INC<br>% LYNDON SOUTHERN INS<br>151 PINNACLE PL<br>LITTLE RIVER, SC  29566 | $1,181.00<br>INT:  .00%<br>NAME ID:  167021<br>CLAIM #:  0006 | (U) UNSECURED<br><br>ACCT:  1038<br>COMMENT: |
| NEW SOUTHERN LOANS INC<br>119 S VAN BUREN RD<br>EDEN, NC  27288 | $1,617.22<br>INT:  .00%<br>NAME ID:  181366<br>CLAIM #:  0007 | (U) UNSECURED<br><br>ACCT:  4435<br>COMMENT: 521OR,421A |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $6,036.04<br>INT:  5.25%<br>NAME ID:  162216<br>CLAIM #:  0004 | (V) VEHICLE-SECURED<br><br>ACCT:  1010<br>COMMENT:  09HOND,1120A |
| ROCKINGHAM COUNTY TAX<br>P O BOX 68<br>WENTWORTH, NC  27375-0068 | $0.00<br>INT:  .00%<br>NAME ID:  877<br>CLAIM #:  0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ROYALTY FINANCE OF REIDSVILLE<br>1558 FREEWAY DR STE C<br>REIDSVILLE, NC  27320 | $0.00<br>INT:  .00%<br>NAME ID:  151409<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10803

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| U S DEPT OF EDUCATION<br>P O BOX 9003<br>NIAGARA FALLS, NY  14302-9003 | $0.00<br>INT:  .00%<br>NAME ID: 173847<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$8,834.26** | |
| BRANDI L RICHARDSON ESQ<br>LAW OFFICE OF CATHY R STROUPE PA<br>P O BOX 840<br>REIDSVILLE, NC  27323 | $4,000.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>   Clerk, U.S. Bankruptcy Court
>   101 S. Edgeworth Street
>   P.O. Box 26100
>   Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/20/2021                                                                                OFFICE OF THE CHAPTER 13 TRUSTEE

>                                                            By:  /s/  Gayle McFarland
>                                                                  Clerk
>                                                                  Chapter 13 Office
>                                                                  500 W FRIENDLY AVE STE 200
>                                                                  P O BOX 1720
>                                                                  GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice